JOHN R. GREEN
Acting United States Attorney
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
Telephone: 307-772-2124
nick.vassallo@usdoj.gov

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
REBECCA JAFFE
Trial Attorney
601 D St. NW, 3rd Floor
Washington, DC 20004
Telephone: (202) 305-0258
Rebecca.jaffe@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CLOUD PEAK ENERGY INC., et al., | ) |
| *Petitioners*, | ) |
| v. | ) Civil Case No. 16-cv-315-F |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) **STATUS REPORT** |
| *Respondents*. | ) |

Pursuant to the Court's April 27, 2017 Order, ECF No. 33, Respondents file the following status report regarding the repeal rulemaking process:

1. This action challenges the final rule, Consolidated Federal Oil & Gas and Federal & Indian Coal Valuation Reform, 81 Fed. Reg. 43,338, that the Office of Natural Resources

1

Revenue ("ONRR") issued on July 1, 2016.  On February 27, 2017, ONRR filed a Federal Register notice entitled "Postponement of Effectiveness of the Consolidated Federal Oil & Gas and Federal & Indian Coal Valuation Reform 2017 Valuation Rule," postponing the effective date of the Rule pending this litigation.  82 Fed. Reg. 11,823.  On April 4, 2017, ONRR published a Federal Register notice entitled Repeal of Consolidated Federal Oil & Gas and Federal & Indian Coal Valuation Reform, proposing to repeal the Rule and seeking public comment.  82 Fed. Reg. 16,323.  This action is stayed pending the outcome of the repeal rulemaking process.  ECF No. 33.

  2. The public comment period closed on May 4, 2017, and ONRR received comments from 2,342 people, companies, and other entities.  ONRR has reviewed and considered all of the comments.  The agency is now finalizing its decision, which includes editing its decision document and obtaining the approvals necessary to issue its decision.  It expects to issue its decision as soon as is practicable.

  Respectfully submitted this 27th day of July 2017.

/s/ Rebecca Jaffe
REBECCA JAFFE
Trial Attorney
601 D St. NW, 3rd Floor
Washington, DC 20004
Telephone: 202-305-0258
Rebecca.jaffe@usdoj.gov

/s/ Nicholas Vassallo
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
Telephone: 307-772-2124
nick.vassallo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July 2017 a copy of the foregoing **Status Report** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

   /s/ Rebecca Jaffe
REBECCA JAFFE

`