JOHN R. GREEN
Acting United States Attorney
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
Telephone: 307-772-2124
nick.vassallo@usdoj.gov

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
REBECCA JAFFE
Trial Attorney
601 D St. NW, 3rd Floor
Washington, DC 20004
Telephone: (202) 305-0258
Rebecca.jaffe@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CLOUD PEAK ENERGY INC., et al., | ) |
| *Petitioners*, | ) |
| v. | ) Civil Case No. 16-cv-315-F |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) **NOTICE OF FINAL AGENCY DECISION** |
| *Respondents.* | ) |

Pursuant to the Court's April 27, 2017 Order, ECF No. 33, Respondents file the following notice of publication of final agency decision:

This action is stayed pending the outcome of the rulemaking process to repeal the rule that is the subject of this litigation. ECF No. 33. On August 7, 2017, the Office of Natural Resources Revenue published its final decision "Repeal of Consolidated Federal Oil & Gas and Federal & Indian Coal Valuation Reform," in which it repealed the rule at issue in this litigation. 82 Fed. Reg. 36,934. The effective date of the repeal is September 6, 2017. 82 Fed. Reg. 36,934.

Respectfully submitted this 14th day of August 2017.

/s/ Rebecca Jaffe
REBECCA JAFFE
Trial Attorney
601 D St. NW, 3rd Floor
Washington, DC 20004
Telephone: 202-305-0258
Rebecca.jaffe@usdoj.gov

/s/ Nicholas Vassallo
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
Telephone: 307-772-2124
nick.vassallo@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of August 2017 a copy of the foregoing **Notice of Final Agency Decision** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                        /s/ Rebecca Jaffe
                        REBECCA JAFFE

`